IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 20-10313-mdc |
| JAMES MICHAEL STRITCH, | Chapter 13 |
| Debtor, | Related to Doc. No. 224 |
| NISSAN MOTOR ACCEPTANCE CORPORATION, | |
| Movant, | |
| v. | |
| JAMES MICHAEL STRITCH, and KENNETH E. WEST, Trustee, | |
| Respondents. | |

PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF THE AMENDED CHAPTER 13 PLAN FILED ON AUGUST 24, 2021

TO THE CLERK OF COURTS:

Kindly withdraw without prejudice the *Objection to Confirmation of the Amended Chpater 13 Plan Dated August 24, 2021* (the "Objection"), filed on October 28, 2021, at Document No. 224. The Vehicle referenced in the Objection to Confirmation of the Amended Chapter 13 Plan is not the Debtor's Vehicle, it is his Father's Vehicle.

Dated: November 4, 2021

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
412-456-8112
Fax: (412) 456-8120

*Counsel for Nissan Motor Acceptance Corporation*