SALDUTTI LAW GROUP
Rebecca K. McDowell, Esq.
1700 Market Street, Suite 1005
Philadelphia, PA 19103
(610) 994-1137
Attorney for Creditor Santander Bank, N.A.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:  James Michael Stritch,  Debtor. | CASE NO: 20-10313-MDC  CHAPTER 13 |
|---|---|

**PRAECIPE TO CHANGE ADDRESS FOR PAYMENTS TO**
**SANTANDER BANK, N.A.**

**TO THE CLERK AND THE TRUSTEE:**

Please note that the address for creditor Santander Bank, N.A., for purposes of receiving payments in this bankruptcy case, has been changed.

The former address:

Santander Bank, N.A.
c/o Saldutti Law Group
800 Kings Highway N., Suite 300
Cherry Hill, NJ 08034

THE CURRENT ADDRESS:

Santander Bank, N.A.
c/o Saldutti Law Group
1040 Kings Highway N., Suite 100
Cherry Hill, NJ 08034

Respectfully submitted,
SALDUTTI LAW GROUP
Counsel for Santander Bank, N.A.

*/s/ Rebecca K. McDowell*
REBECCA K. MCDOWELL, ESQ.

Dated: November 29, 2021