IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 20-10313-MDC |
| **JAMES MICHAEL STRITCH** § | |
| DEBTOR(S) § | |
| § | **CHAPTER 13** |
| § | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

Notice is hereby given that **Nissan Motor Acceptance Corporation**, ("Creditor"), is withdrawing its **Proof of Claim (Claim #9-1)** in the amount of **$26,517.48** filed on **March 17, 2020**, as the debtor in bankruptcy is not a party to the loan.

Dated: February 24, 2022

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Natalie Lea
Natalie Lea
14841 Dallas Parkway, Suite 425
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized Agent for Nissan Motor Acceptance Corporation

4381-N-7397

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before February 24, 2022 via electronic notice unless otherwise stated:

**Debtor**         *Via U.S. Mail*
James Michael Stritch
120 Bryn Mawr Ave
Newtown Square, Pennsylvania 19073

**Debtors' Attorney**
Anthony A. Frigo
The Law Offices Of Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA  19087

**Chapter 13 Trustee**
Kenneth E. West
1234 Market Street, Suite 1813
Philadelphia, Pennsylvania 19107

Respectfully Submitted,

/s/ Natalie Lea
Natalie Lea