## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Case No. 20-10313 |
| JAMES MICHAEL STRITCH, | ) Chapter 13 |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| | ) |

## **WITHDRAWAL OF APPEARANCE**

Kindly withdraw the appearance of Jonathan R. Avolio, as counsel on behalf of National Funding, Inc., in the above-captioned matter.

Date: May 5, 2022

Respectfully Submitted,

GORDON REES SCULLY MANSUKHANI, LLP

/s/ *Jonathan R. Avolio*
Jonathan R. Avolio (PA State Bar No. 327910)
javolio@grsm.com
Three Logan Square, 1717 Arch Street, Suite 610
Philadelphia, PA 19103
Telephone: (215) 717-4029

Megan M. Adeyemo (TX State Bar No. 24099595)
madeyemo@grsm.com
2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
Telephone: (214) 231-4660
Facsimile: (214) 461-4053

ATTORNEYS FOR NATIONAL FUNDING INC.

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2022 a true and correct copy of the within Withdrawal of Appearance was served upon counsel of record via the Electronic Filing System.

GORDON & REES SCULLY MANSUKHANI LLP

By: /s/ *Jonathan R. Avolio*
      Jonathan R. Avolio