# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Case No. 20-10313 |
| JAMES MICHAEL STRITCH, | ) Chapter 13 |
| | ) |
| Debtors. | ) |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Vanessa T. Linck of Gordon & Rees, LLP hereby enters an appearance on behalf of National Funding, Inc., and requests that all notices given or required to be given in this case be given to and served upon the undersigned at the following office, address, email and telephone number.

> Vanessa T. Linck (PA Bar No. 71570)
> GORDON & REES, LLP
> Three Logan Square
> 1717 Arch Street, Suite 610
> Philadelphia, PA  19103
> Telephone: (267) 602-2046
> Email: vlinck@grsm.com

[Remainder of Page Left Intentionally Blank]

Dated: May 6, 2022

        GORDON & REES, LLP

        By: */s/ Vanessa T. Linck*
        Vanessa T. Linck (PA Bar No. 71570)
        Three Logan Square
        1717 Arch Street, Suite 610
        Philadelphia, Pennsylvania  19103
        Telephone: (267) 602-2046
        Email: vlinck@grsm.com

        *Counsel for National Funding, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the parties set forth in the Electronic Mail Notice List as of the date hereof.

        */s/ Anita Soto*
        for Gordon & Rees, LLP